CHARLES GOLD, Appellant, *v.* THE CITY OF LONG BEACH
et al., Respondents.

(Argued April 26, 1933; decided May 23, 1933.)

*E. Douglas Hamilton* for appellant.

*David B. Tolins, Corporation Counsel,* for City of Long Beach et al., respondents.

*John J. Curtin, Winfield S. Palmer* and *Curt H. G. Heinfelden* for Marisand Corporation, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.